```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALVIN SUAREZ, on behalf of himself and all others
similarly situated,

                       Plaintiffs,                23-cv-10140 (LJL)

       -v-                                            ORDER

LIQUID BLUE, INC.,

                      Defendant.
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The unopposed motion to compel is GRANTED.  Dkt. No. 17.  Defendant shall produce all documents responsive to the document request and answer all interrogatories no later than April 19, 2024, and shall identify its deposition witnesses by that date.

      The Clerk of Court is respectfully directed to close Dkt. No. 17.

      SO ORDERED.

Dated: April 16, 2024
       New York, New York                      _____
                                                    LEWIS J. LIMAN
                                                  United States District Judge