UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                  :

ALVIN SUAREZ, *on behalf of himself and all others*     :
*similarly situated*,     :
                                    :
                     Plaintiffs,     :           23-cv-10140 (LJL)
                                    :
       -v-     :               ORDER
                                    :
LIQUID BLUE, INC.,     :
                                    :
                   Defendant.     :
                                    :
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/23/2024
```

LEWIS J. LIMAN, United States District Judge:

On June 24, 2024 the Mediator issued a Final Report stating that the court-ordered mediation in this case was held and agreement was reached on all issues

Accordingly, it is hereby ORDERED that this action is DISMISSED without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order.  Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis.  Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

          SO ORDERED.

Dated: July 23, 2024
       New York, New York                  _____
                                        LEWIS J. LIMAN
                                   United States District Judge